Jorge Luis REYES, Sr., Plaintiff–Appellant,

v.

Margaret DEGLAU, Esq., Deputy Commonwealth's Attorney for Henrico, Virginia; Frank LaRuffa, Esq., Deputy Commonwealth's Attorney for Henrico, Virginia, Defendants–Appellees.

No. 14–7097.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2014.

Decided: Nov. 21, 2014.

Jorge Luis Reyes, Sr., Appellant Pro Se.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jorge Luis Reyes, Sr., seeks to appeal the district court's order denying his motion for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Reyes

seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*